ley, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Andrew J. Nutting, Respondent, v. The Kings County Elevated Railroad Company, Appellant. — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Dykman, J.

The People of the State of New York ex rel. Warren Foster, Appellant, v. James Howell and others, as Trustees, etc., Respondents. — Order dismissing relator affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

William Johnston, Appellant v. Mary E. Theall, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Matter of Probate of last Will of William W. Merriman, Deceased. — Decree affirmed, with costs. Opinion by Barnard, P. J.

Wilson & Adams Company of Mount Vernon v. Henry A. Schorop and others. — Order affirmed, with costs. Opinion by Barnard, P. J.

Frances E. Parsons, Respondent v. Edward Hughes, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard P. J.

John Flannery, Respondent v. J Wesley Van Tassel, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

The New York Central and Hudson River Railroad Company, Appellant v. Thomas Aldrich. Respondent.

Same, Appellant, v. Same and others. Respondents.

Same, Appellant, v. Same and others, Respondents.

Same, Appellant, v. Same and others, Respondents. — Judgment in each of these cases affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Alexander Saunders v. The New York Central and Hudson River Railroad Company. — Judgment affirmed, with costs on opinion in Hudson River Railroad Company v. Aldrich. Dykman, J., not sitting.

Matter of Petition of John Newton, Commissioner, etc. In re Claim of Academy of Sacred Heart. — Order affirmed, with costs and disbursements. Opinions by Dykman, J., and Barnard, P. J.

## THIRD DEPARTMENT, DECEMBER TERM, 1891.

**Decisions handed down Dec. 28, 1891.**

Margaret Kain. Administratrix, Respondent, v. Patrick Larkin and others, Appellants. — Judgment affirmed, with costs. Opinion by Kellogg, J.

Richard Bishop, Respondent, v. Helen E. Hendrick, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Wallace B. Rowe, Respondent, v. Isaac H. Lent, Appellant. — Judgment and order affirmed, with costs. Opinion by Mayham, J.

Benjamin L. Conde, Administrator, Respondent, v. Hiram Wiltsie and others, Executors, etc., Appellants. — Judgment and order affirmed, with costs. Opinion by Kellogg, J.; Mayham, J., not acting.

Albert H. Sweny, Respondent, v. John N. Peaslee and others, Appellants. — Judgment affirmed, with costs. Opinion by Mayham, J.

Mary E. Herdman, Administratrix, Appellant, v. The New York, Lake Erie and Western Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Kellogg, J.

Harriet MacDonald, Respondent, v. Maria MacDonald and others, Appellants. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.

Anna S. Carpenter, Appellant, v. Hiland Carpenter, Respondent. — Order modified by striking out the words " and fifteenth " and inserting the word " and " between " thirteenth " and " fourteenth," and as modified affirmed, with ten dollars costs to appellant. Defendant to serve copy order, and plaintiff to have ten days to comply. Opinion by Kellogg, J.; Mayham, J., not acting.

Henry E. Weed, Respondent, v. Fire Association of Philadelphia, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, J.

The Phœnix Mills, Appellant, v. James A. Miller, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

John Moore, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Putnam, J.

Deyoe Lohnas, Respondent, v. William J. Arkell, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.; Putnam, J., not acting.

## FIRST DEPARTMENT, DECEMBER TERM, 1891.

In the Matter of Peter Cain, Deceased. — Order affirmed, with costs. Opinion by Van Brunt, P. J.

The New York, Lake Erie and Western Railroad Company, Appellant, v. The National Steamship Company, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Frank H. Graf, Appellant, v. Joel B. Smith, Respondent. — Judgment reversed and new trial ordered, with costs to appellant to abide the event. Opinion by Barrett, J.

Johannah Hurley, Respondent, v. Philip Schring, Appellant. — Judgment reversed, and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

Francis W. Jencks, Appellant, v. Edward Kearney and others, Respondents. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Henry Moriarty, Respondent v. William Zepp, Appellant. — Judgment affirmed, with costs. Opinion by Barrett, J.

Samuel Wiener, Respondent, v. The New York Elevated Railroad Company and another, Appellants. — Judgment affirmed, with costs. Opinion by Barrett, J.

The People of the State of New York ex rel. Michael G. Kuhn, Respondent. v. The Protestant Episcopal House of Mercy of the City of New York, Appellant.

In the Matter of the Custody of Josephine Kuhn. — Order affirmed, with costs.* Opinion by Barrett, J

John Fitzpatrick, Respondent, v. The New York Elevated Railroad Company and another, Appellants. — Judgment affirmed, with costs. Opinion Per Curiam

* I am advised, since the handing down of the decision, that upon the settlement of the order no costs were awarded — [REP.